UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| PAUL WESLEY SORG | ) | BANKRUPTCY CASE NUMBER 09-14578 |
| KIMBERLY JO SORG | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 1 | Household Disposal Service<br>Michiana Professional Credit Bureau<br>111 West Spring Street<br>LaGrange, Indiana   46761 | $ 0.52 |
| CLAIM # 2 | Westview Schools<br>Michiana Professional Credit Bureau<br>111 West Spring Street<br>LaGrange, Indiana   46761 | $ 3.51 |
| CLAIM # 3 | Northern Indiana Public Service Company<br>Attn: Revenue Assurance & Recovery<br>801 East 86th Avenue<br>Merrillville, Indiana   46410 | $ 0.16 |
| CLAIM # 4 | Borden Waste-Away Service<br>Post Office Box 1218<br>Elkhart, Indiana   46515-1218 | $ 0.34 |
| CLAIM # 6 | Merchants Retail Credit Assn. or<br>Med&Dent Business Bureau of Allen Co.<br>333 East Washington Boulevard<br>Post Office Box 11285<br>Fort Wayne, Indiana   46857 | $ 0.73 |
| CLAIM # 7 | I&M Collections Inc.<br>Booth Medical Center, PC<br>201 South Detroit Street, Suite 7<br>LaGrange, Indiana   46761 | $ 0.66 |

| | | |
|---|---|---|
| CLAIM # 9 | Bus&Prof Svc for Elk & Gosh Emerg Phy<br>Davis & Davis, PC<br>400 West High Street<br>Elkhart, Indiana   46516 | $ 2.85 |
| CLAIM #10 | Argent Healthcare<br>c/o Hoffman Luhman & Masson, PC<br>Post Office Box 99<br>Lafayette, Indiana   46902 | $ 3.18 |
| CLAIM #11 | American Infosource LP<br>As Agent for Asta-Vativ<br>Post Office Box 248838<br>Oklahoma City, Oklahoma   73124-8838 | $ 0.49 |
| CLAIM #12 | Martin Financial Mgmt.<br>3566 US 30 East<br>Warsaw, Indiana   46580-6720 | $ 4.68 |
| CLAIM #13 | Verizon Wireless<br>Post Office Box 3397<br>Bloomington, Illinois   61702 | $ 0.28 |

**TOTAL:   $17.40**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of May, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven